**Order entered August 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00189-CV

**JACKSON FULGHAM D/B/A COMMERCE STREET PARTNERS, Appellant**

**V.**

**ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, ET. AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-08353**

## ORDER

Before the Court are attorney Kent Canada's motion to withdraw as counsel for appellant and attorney Chad Baruch's unopposed motion for substitution of counsel. We **GRANT** both motions. We **DIRECT** the Clerk of this Court to remove Kent Canada as counsel for appellant and to substitute Chad Baruch as counsel for appellant.

We **ORDER** appellant's brief tendered to this Court on August 18, 2014 by Chad Baruch be filed as of the date of this order. Appellee's brief is due thirty days from the date of this order. *See* TEX. R. APP. P. 38.6(b).

/s/     ADA BROWN
         JUSTICE